IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEON BARLEY, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:14cv55-TMH |
| ) | |
| AUTAUGA COUNTY ) | |
| COMMISSIONERS, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER AND OPINION**

On February 14, 2014, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 4). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that:

1. Plaintiff's § 1983 complaint against the Autauga County Commissioners is DISMISSED with prejudice prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(i);

2. Plaintiff's § 1983 claims alleging breach of medical confidentiality, slander and defamation, and conspiracy are DISMISSED with prejudice prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(i);

3. Plaintiff's complaint against Defendants Averitt and QCHC are DISMISSED without prejudice prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(ii);

4. Defendants Autauga County Commissioners, Averitt, Nixon and QCHC are DISMISSED as party defendants to the complaint;

5. Plaintiff's claims as alleged in Ground One of the Complaint against Defendants Johnson, Vernice, and Whitten are referred back to the Magistrate Judge for further proceedings.

Done this the 12th day of March, 2014.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE